# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

V.

ABEL LOPEZ-MENERA,
a/k/a Jose Lopez-Martinez,
a/k/a Bernabe Banderas Lopez,

DEFENDANT.

---

# INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this 16th day of October, 2007

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Process     Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

### DEFENDANT - U.S.

▶ ABEL LOPEZ-MENERA, a.k.a. Jose Lopez-Martinez

**DISTRICT COURT NUMBER**

CR 07 0653 SI

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70588

**Name and Office of Person Furnishing Information on THIS FORM**  SCOTT N. SCHOOLS
  ☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Tarek J. Helou

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  9/24/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7                              **CR  07    0653**
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,        ) No.
13 |        Plaintiff,                ) <u>VIOLATION</u>:  8 U.S.C. § 1326 – Illegal
   |                                  ) Reentry Following Deportation
14 |   v.                             )
   |                                  )
15 | ABEL LOPEZ-MENERA,                ) SAN FRANCISCO VENUE
   |      a/k/a Jose Lopez-Martinez,   )
16 |      a/k/a Bernabe Banderas Lopez,)
   |                                  )
17 |        Defendant.                )
   |                                  )
18 |_____)

19                          <u>I N D I C T M E N T</u>

20 The Grand Jury charges:

21      On or about September 24, 2007, in the Northern District of California, the defendant,

22                              ABEL LOPEZ-MENERA,
                                a/k/a Jose Lopez-Martinez,
23                              a/k/a Bernabe Banderas Lopez,

24 an alien, after having been removed, excluded, and deported from the United States, voluntarily

25 reentered and knowingly remained in the United States and was thereafter found in the United

26 States without having obtained the express consent of the Attorney General or the Secretary of the

27 / / /

28 / / /


INDICTMENT

1  Department of Homeland Security to reapply for admission into the United States, in violation of
2  Title 8, United States Code, Section 1326.
3
4  DATED:                                           A TRUE BILL,
5   10/16/07
6                                                   _____
                                                          FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 GREGG W. LOWDER
   Chief, Major Crimes Division
11
12 (Approved as to form: _____
                              AUSA HELOU
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   INDICTMENT