SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | CR No. 07-0653-SI-EMC |
|     Plaintiff,                                          ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v.                                                     ) | |
| ABEL LOPEZ-MENERA,                           ) <br>     a/k/a Jose Lopez-Martinez,         ) <br>     a/k/a Bernabe Banderas Lopez,  ) | |
|     Defendant.                                     ) | |

    On October 22, 2007, the parties in this case appeared before the Court and stipulated that time from October 16, 2007 through November 9, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery that the United States produced in this case.  The parties represented that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The

parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              SCOTT N. SCHOOLS
                                              United States Attorney

DATED: October 25, 2007                      /s/
                                              TAREK HELOU
                                              Assistant United States Attorney

DATED: October 25, 2007                      /s/
                                              ELIZABETH FALK
                                              Attorney for Defendant Abel Lopez-Menera

As the Court found on October 22, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from October 16, 2007 through November 9, 2007 should be excluded from Speedy Trial Act calculations for effective preparation of defense counsel. 18 U.S.C. §3161 (h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                      _____
                                              THE HONORABLE EDWARD M. CHEN
                                              United States Magistrate Judge