1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No. 07-0653-SI-EMC
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                             )
                                       )
19  ABEL LOPEZ-MENERA,                 )
        a/k/a Jose Lopez-Martinez,     )
20      a/k/a Bernabe Banderas Lopez,  )
                                       )
21          Defendant.                 )
                                       )
22  _____)

23      On October 22, 2007, the parties in this case appeared before the Court and stipulated that

24  time from October 16, 2007 through November 9, 2007 should be excluded from Speedy Trial

25  Act calculations because defense counsel needs adequate time to review discovery that the

26  United States produced in this case. The parties represented that the length of the requested

27  continuance was the reasonable amount of time necessary for effective preparation of defense

28  counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The

Stipulation and [Proposed] Order Excluding Time
CR 07-0653-SI-EMC                                                                               1

1  parties also agreed that the ends of justice served by this continuance outweighed the best
2  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5
6                                             SCOTT N. SCHOOLS
                                              United States Attorney
7
8  DATED: October 25, 2007                    _____/s/_____
                                              TAREK HELOU
9                                             Assistant United States Attorney
10
11 DATED: October 25, 2007                    _____/s/_____
                                              ELIZABETH FALK
12                                            Attorney for Defendant Abel Lopez-Menera
13
14     As the Court found on October 22, 2007, and for the reasons stated above, the Court finds
15 that the ends of justice served by the requested continuance outweigh the best interests of the
16 public and the defendant in a speedy trial. The Court also finds that time from October 16, 2007
17 through November 9, 2007 should be excluded from Speedy Trial Act calculations for effective
18 preparation of defense counsel. 18 U.S.C. §3161 (h)(8)(A). Failing to grant the requested
19 continuance would deny counsel reasonable time necessary for effective preparation, taking into
20 account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
21 §3161(h)(8)(B)(iv).
22
23 SO ORDERED.
24
25 DATED: 10/26/07
                                              _____
26                                            THE HONORABLE EDWARD M. CHEN
                                              United States Magistrate Judge
27
28

Stipulation and [Proposed] Order Excluding Time
CR 07-0653-SI-EMC                                                                              2