# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED NOV -8 PM 3:59 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ABEL LOPEZ-MENERA
a/k/a Jose Lopez-Martinez,
a/k/a Bernabe Banderas Lopez,

CR 07-0653 SI

DEFENDANT.

# INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

INDICT

A true bill.

Bonnie O'Grady
Foreman

Filed in open court this ______ day of
11/8/2007

R. Scott
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty ☐ Minor ☐ Misdemeanor ☑ Felony

PENALTY:

Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ 07-70588

Name and Office of Person Furnishing Information on THIS FORM SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Tarek J. Helou

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ ABEL LOPEZ-MENERA, a.k.a. Jose Lopez-Martinez

DISTRICT COURT NUMBER
07-00653-SI

FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year 9/24/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT Bail Amount: No bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

FILED
07 NOV -8 PM 3:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL LOPEZ-MENERA,<br>a/k/a Jose Lopez-Martinez,<br>a/k/a Bernabe Banderas Lopez,<br><br>Defendant. | No. CR-07-00653-SI<br><br>VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation<br><br>SAN FRANCISCO VENUE |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about October 16, 1998, the defendant,

ABEL LOPEZ-MENERA,
a/k/a Jose Lopez-Martinez,
a/k/a Bernabe Banderas Lopez,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about September 24, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly consented to a

//

//

re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 11/08/07

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

GREGG LOWDER
Deputy Chief, Major Crimes Division

(Approved as to form: AUSA HELOU)