# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

Date:<u>11/9/07</u>

Case No.  <u> CR-07-0653  SI </u>                Judge:  <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>ABEL LOPEZ-MENERA (C)(P)(SP.INT: BASKER)</u>

Attorneys:  <u>T. Helou</u>              <u>E. Falk </u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter:<u>J. Yeomans</u>

**PROCEEDINGS**

1) <u> Trial Setting                                                      </u>
2) <u>                                                                      </u>
3) <u>                                                                      </u>
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                            PART

Case continued to **11/16/07   @ 11:00 a.m.**   for further status

Case continued to  <u> @ 11:00 a.m. </u>   for Motions
(Motion due , Opposition  Reply )

Case continued to <u> @ </u> for Pretrial Conference

Case continued to  <u> @ 8:30 a.m. </u>  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  <u> Effective Preparation    </u>
**Delay begins:          Delay ends: 11/16/07**
(    AUSA to draft order            )

ORDERED AFTER HEARING:
The government indicated that it will be filing a superceding indictment.  The parties will go
before a magistrate to have the deft. arraigned.
The defense attorney needs to review the deportation tapes.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )