1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff

11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            )  CR No. 07-0653-SI
                                        )
17         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                               )
                                        )
19 ABEL LOPEZ-MENERA,                   )
         a/k/a Jose Lopez-Martinez,     )
20       a/k/a Bernabe Banderas Lopez,  )
                                        )
21         Defendant.                   )
                                        )
22

23     On November 9, 2007, the parties in this case appeared before the Court and stipulated that

24 time from November 9, 2007 through November 16, 2007 should be excluded from Speedy Trial

25 Act calculations because defense counsel needs adequate time to review discovery that the

26 United States would produce after the parties' November 9, 2007 court appearance.  The parties

27 represented to the Court that the length of the requested continuance was the reasonable amount

28 of time necessary for effective preparation of defense counsel, taking into account the exercise of

1  due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice
2  served by this continuance outweighed the best interests of the public and the defendant in a
3  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED.                              Respectfully submitted,

                                               SCOTT N. SCHOOLS
7                                              United States Attorney

9  DATED: November 15, 2007                             /s/
                                               TAREK J. HELOU
10                                             Assistant United States Attorney

12 DATED: November 15, 2007                             /s/
                                               ELIZABETH FALK
13                                             Attorney for Defendant Abel Lopez-Menera

15     As the Court noted on November 9, 2007, and for the reasons stated above, the Court finds
16 that the ends of justice served by the requested continuance outweigh the best interests of the
17 public and the defendant in a speedy trial.  The Court also finds that time from November 9,
18 2007 through November 16, 2007 should be excluded from Speedy Trial Act calculations for
19 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
20 requested continuance would deny defense counsel reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
22 of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

24 SO ORDERED.

26 DATED:_____                        _____
                                               THE HONORABLE SUSAN ILLSTON
27                                             United States District Judge