SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABEL LOPEZ-MENERA, <br>    a/k/a Jose Lopez-Martinez, <br>    a/k/a Bernabe Banderas Lopez, <br><br> Defendant. | CR No. 07-0653-SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On November 9, 2007, the parties in this case appeared before the Court and stipulated that time from November 9, 2007 through November 16, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery that the United States would produce after the parties' November 9, 2007 court appearance. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of

1  due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice
2  served by this continuance outweighed the best interests of the public and the defendant in a
3  speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED.                                      Respectfully submitted,

                                                       SCOTT N. SCHOOLS
7                                                      United States Attorney

9  DATED: November 15, 2007                                   /s/
                                                       TAREK J. HELOU
10                                                     Assistant United States Attorney

12 DATED: November 15, 2007                                   /s/
                                                       ELIZABETH FALK
13                                                     Attorney for Defendant Abel Lopez-Menera

15     As the Court noted on November 9, 2007, and for the reasons stated above, the Court finds
16 that the ends of justice served by the requested continuance outweigh the best interests of the
17 public and the defendant in a speedy trial. The Court also finds that time from November 9,
18 2007 through November 16, 2007 should be excluded from Speedy Trial Act calculations for
19 effective preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the
20 requested continuance would deny defense counsel reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
22 of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

24 SO ORDERED.

26 DATED:_____                               _____
                                                      THE HONORABLE SUSAN ILLSTON
27                                                    United States District Judge