**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/16/07

Case No.   CR-07-0653 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- ABEL LOPEZ-MENERA (C)(P)(SP.INT: BASKER)

Attorneys:  T. Helou            E. Falk

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  
3)  
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                  PART

Case continued to _ for further status

Case continued to **12/20/07 @ 10:00 a.m.**   for Defense Motions
(Motion due 11/30/07 , Opposition 12/14/07 Reply 12/18/07)

Case continued to  @   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 11/16/07**
(    AUSA to draft order           )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )