SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:     (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0653-SI |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| ABEL LOPEZ-MENERA, <br>     a/k/a Jose Lopez-Martinez, <br>     a/k/a Bernabe Banderas Lopez, | |
|     Defendant. | |

On November 16, 2007, the parties in this case appeared before the Court and stipulated that time from November 16, 2007 through November 30, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to prepare pretrial motions. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed

1  that the ends of justice served by this continuance outweighed the best interests of the public and
2  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3      The parties also note that time will be excluded under the Speedy Trial Act, 18 U.S.C. §
4  3161(h)(1)(F), from November 30, 2007, when the defendant files his pretrial motions, until the
5  day the Court decides the motions, currently scheduled for December 20, 2007.

7  SO STIPULATED:
8                                          Respectfully submitted,
                                            SCOTT N. SCHOOLS
9                                          United States Attorney

11 DATED: November 26, 2007                        /s/
                                            TAREK J. HELOU
12                                         Assistant United States Attorney

14 DATED: November 26, 2007                        /s/
                                            ELIZABETH FALK
15                                         Attorney for Defendant Abel Lopez-Menera

17      As the Court noted on November 16, 2007, and for the reasons stated above, the Court finds
18 that the ends of justice served by the requested continuance outweigh the best interests of the
19 public and the defendant in a speedy trial.  The Court also finds that time from November 16,
20 2007 through November 30, 2007 should be excluded from Speedy Trial Act calculations for
21 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
22 requested continuance would deny defense counsel reasonable time necessary for effective
23 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
24 of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).
25      The Court notes that time from November 30, 2007 through the day the Court decides the
26 //
27 //
28 //

1  Defendant's motions, currently scheduled for December 20, 2007, also will be excluded from
2  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(F).
3
4  SO ORDERED.
5
6  DATED:_____                    _____
                                            THE HONORABLE SUSAN ILLSTON
7                                           United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 07-0653-SI                                                                              3