1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant LOPEZ-MENERA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR- 07-0653 SI
                                       )
12                    Plaintiff,       )    NOTICE OF MANUAL FILING
                                       )
13  vs.                                )
                                       )
14  ABEL LOPEZ-MENERA,                 )
                                       )
15                    Defendant.       )
    _____)
16

17                    **MANUAL FILING NOTIFICATION**

18  Regarding:   DECLARATION OF ELIZABETH M. FALK  IN SUPPORT OF MOTION TO

19  DISMISS

20         This filing is in paper or physical form only, and is being maintained in the case file in the

21  Clerk's office.

22         If you are a participant on this case, this filing will be served in hard-copy shortly.

23         For information on retrieving this filing directly from the court, please see the court's

24  mail web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

25  //

26  //

1   *//*

2

3       This filing was not efiled for the following reason(s):

4   \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

5   \_\_\_\_\_ Unable to Scan Documents

6   \_\_\_\_\_ Physical Object (description): _____

7   \_\_x\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

8   \_\_\_\_\_ Item Under Seal

9   \_\_\_\_\_ conformance with the Judicial Conference Privacy Policy (General Order 53).

10   \_\_\_\_\_ Other (description): _____

11      _____

12

13   Dated: 11/30/07

14              Respectfully submitted,

15              BARRY J. PORTMAN
              Federal Public Defender

16

17                    /s/

18              ELIZABETH FALK
              Assistant Federal Public Defender
              Counsel for Lopez-Menera

19

20

21

22

23

24

25

26