BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LOPEZ-MENERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABEL LOPEZ-MENERA,<br><br>Defendant. | No. CR- 07-0653 SI<br><br>DECLARATION OF ELIZABETH M. FALK AUTHENTICATING DOCUMENTS RECEIVED IN DISCOVERY FROM THE UNITED STATES OF AMERICA IN SUPPORT OF MOTION TO DISMISS |

I, Elizabeth M. Falk, DECLARE;

1. I am an Assistant Federal Public Defender and am counsel of record for Mr. Lopez-Menera in the aforementioned action;

2. I submit this declaration to authenticate documents that I received from the United States of America as discovery in the above captioned case. It is my understanding that the Assistant United States Attorney assigned to this matter obtained the below referenced

documents, attached hereto as Exhibits A-K, from the Immigration and Customs Enforcement Service ("ICE") and that these documents are contained within Mr. Lopez-Menera's alienage and nationality file. For the Court's convenience, the documents are attached and discussed in Defendant's motion in chronological order;

3. Attached hereto as Exhibit A is a true and correct copy of a Judgment and Commitment Order for Mr. Lopez-Menera dated 10-29-1997;

4. Attached hereto as Exhibit B is a true and correct copy of Mr. Lopez-Menera's CLETS report, documenting his criminal history;

5. Attached hereto as Exhibit C are true and correct copies of both 1) a Warrant for Arrest of Alien, and 2) a Final Administrative Removal Order in English and Spanish, dated December 22, 1997, which states that Mr. Lopez-Menera had been convicted of an aggravated felony;

6. Attached hereto as Exhibit D is a true and correct copy of a Notice of Intent to Issue a Final Administrative Removal Order, which appears to be dated 3/4/1998, and states that Mr. Lopez-Menera had been convicted of an aggravated felony;

7. Attached hereto as Exhibit E are true and correct copies of a Warrant for Arrest of Alien dated May 15,1998, and a Notice of Intent to Issue a Final Removal Order, dated 6/8/1998 that states that Mr. Lopez-

1  Menera had been convicted of an aggravated felony;

8. Attached hereto as Exhibit F is a true and correct copy of a Record of Deportable Alien, completed and signed by an Immigration official on 9/17/1998;

9. Attached hereto as Exhibit G are true and correct copies of the Notice to Appear issued to Mr. Lopez-Menera on September 18, 1998, as well as the Notice to Respondent signed by Mr. Lopez-Menera on September 21, 1998;

10. Attached hereto as Exhibit H is a true and correct copy of the Deportation Hearing Worksheet that is present in Mr. Lopez-Menera's A-File, dated 9/24/1998, which was the date of his deportation hearing;

11. Attached hereto as Exhibit I are true and correct copies of the Order of the Immigration Judge, Warrant of Removal, and Warning to Alien Removed or Deported, dated September 24, 1998;

12. Attached hereto as Exhibit J is a true and correct copy of the Deportation Case Checklist, dated September 29, 2007;

13. Attached hereto as Exhibit K is a true and correct copy of the Departure Verification Record indicating Mr. Lopez-Menera was deported on October 16, 1998

07-563 SI; Falk Dec. Authenticating Documents
in Support of Motion to Dismiss                3

14. I have also attached hereto the factual declarations in support of Defendant's Motion from fact witnesses and expert witnesses. These documents were not received from the government in discovery, but were separately obtained by me. As such, the Court should know that Exhibits L, M, and N were not provided to me by the government. I only attach these affidavits to this authentication declaration for the Court's convenience, so all the supporting documentation is submitted together in a single document;

15. As such, attached hereto as Exhibit L is a true and correct copy of the Declaration of Abel Lopez-Menera, executed November 16, 2007;

16. Attached hereto as Exhibit M is a true and correct copy of the Declaration of Sally Dietz, a family friend of Mr. Lopez-Menera, executed November 29, 2007;

17. Attached hereto as Exhibit N is a Declaration of Angela Bean, Esq., an immigration lawyer acting as an expert witness for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Sworn this 30th day of November, 2007, at San Francisco, California.

_____
ELIZABETH M. FALK
Assistant Federal Public Defender