Exhibit A

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

ENDORSED FILED — 1997 — SONOMA COUNTY COURTS

MCR 300046

- [X] SUPERIOR
- [X] MUNICIPAL
- [ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **SONOMA**

BRANCH OR JUDICIAL DISTRICT: _____

COURT (I.D.): S 4 9 0 0 0

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **MENERA, ABEL LOPEZ**
AKA:

- [X] PRESENT
- [ ] NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED ABSTRACT [ ]

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 10-29-97 | TWELVE | PATRICIA GRAY | PATTY SCHULZE |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| FRANGI SANDERS | BROOKE HALSEY | STEVEN PETTIT | 97482 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L.M.U.) | YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | VC | 23152(b) | DUI | 97 | 8 | 12 | 97 | | | X | M | 2 | 0 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

THE WITHIN INSTRUMENT IS A CORRECTED COPY OF THE ORIGINAL ON FILE IN THIS INSTITUTION.
ATTEST:
CALIFORNIA STATE PRISON AT SAN QUENTIN
BY _____ OFFICER
(AFFIX SEAL)

4. OTHER ORDERS: **RESTITUTION FINE $200**

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):

6. TOTAL TERM IMPOSED: **2  0**

7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):

8. EXECUTION OF SENTENCE IMPOSED:
- A. [X] AT INITIAL SENTENCING HEARING
- B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
- C. [ ] AFTER REVOCATION OF PROBATION
- D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
- E. [ ] OTHER _____

| DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR) | CREDIT FOR TIME SPENT IN CUSTODY TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|
| 10-29-97 | 103 | INCLUDING: 69 | 34 | [ ] DMH  [ ] CDC |

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
- [X] FORTHWITH
- [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
- [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
  - [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
  - [ ] CALIF. MEDICAL FACILITY – VACAVILLE
  - [X] SAN QUENTIN
  - [ ] CALIF. INSTITUTION FOR MEN – CHINO
  - [ ] DEUEL VOC. INST.
  - [ ] OTHER (SPECIFY):

CLERK OF THE COURT hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _____    DATE: **11-5-97**

This form is prescribed under Penal Code § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

ABSTRACT OF JUDGMENT – COMMITMENT
SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Judicial Council of California
Effective April 1, 1992

AL-000074