Exhibit B

## NCIC Query Results

05/24/2002

**Query ID: R0015710**     Processed By:  SMUEHL

CR.CAIII00.PG     05/24/2002 03:52:06

```
CR.CAIII0000.VTINS0948.
HDR/2L01069,0948,827811
ATN/SMUEHL

THE FOLLOWING RECORD PERTAINS TO FBI/375866PA6
                                 SID/CA09982528

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING OR
          CERTIFICATION PURPOSES


III CALIFORNIA ONLY SOURCE RECORD
** "ATTENTION - PREVIOUSLY DEPORTED CRIMINAL ILLEGAL ALIEN -- IF IN
       YOUR CUSTODY CONTACT THE UNITED STATES IMMIGRATION AND
       NATURALIZATION SERVICES AT 202-616-5000, 24 HOURS A DAY,
       7 DAYS A WEEK."
CII/A09982528
DOB/19700906     SEX/M   RAC/HISPANIC
HGT/507  WGT/140  EYE/BRO  HAI/BLK  POB/MM
NAM/01 LOPEZ,BERNABE BANDERAS
    02 MENERA,ABEL LOPEZ
    03 LOPEZ,BERNABE
    04 MENERA,ABLE LOPEZ
    05 LOPEZ-MENERA,ABEL
    06 LOPEZ,ABEL
    07 MENERA,ABEL
MNU/FBI-375866PA6
    DOB-19700805
    CDL-A8527580
    SOC-654089687
    INN-CDC-K072631
****
19920117   CAPDHEALDSBURG            DOB:19700906
           9772 92 108
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
19920403   CAMCSANTA ROSA
           MCR170081
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
           DISPO:BENCH WARRANT ISSUED
19931208   CAMCSANTA ROSA
           MCR170081
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
           DISPO:DIVERSION TERMINATED/SUCCESSFUL
19930602   CAMCSANTA ROSA
           MCR170081
      01:23103 VC-RECKLESS DRIVING
         *DISPO:CONVICTED-PROB/JAIL
          CONV STATUS:MISDEMEANOR
****
19920117   CASOSANTA ROSA            DOB:19700906
           D0134857HEA92108
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
****
19920229   CAPDHEALDSBURG            DOB:19700805
           92-465 9847
      01:148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
19920604   CAMCSANTA ROSA
           MCR188271
      01:148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
           DISPO:DISMISSED
****
19930513   CASOSANTA ROSA            DOB:19700805
           D0141860 CHPVN68461
      01:166.4 PC-DISOBEY COURT ORDER/PROCESS
19930528   CAMCSANTA ROSA
           MCR213638
      01:DUI ALCOHOL/DRUGS
         *DISPO:CONVICTED-PROB/JAIL
          CONV STATUS:MISDEMEANOR
19931019   CAMCSANTA ROSA
```

AL-000167

```
              MCR213638
         01:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
            DISPO:DIVERSION TERMINATED/SUCCESSFUL
    ****
    19940407   CASOSANTA ROSA              DOB:19700805
              D0134857  SRO947428
         01:166.4 PC-DISOBEY COURT ORDER/PROCESS
         02:166.4 PC-DISOBEY COURT ORDER/PROCESS
    ****
    19970726   CASOSANTA ROSA              DOB:19700805
              D0134857
         01:11350(A) HS-POSSESS NARC CONTROL SUBSTANCE
         02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
    19971029   CAMCSANTA ROSA
              MCR300046
         01:11350(A) HS-POSSESS NARC CONTROL SUBSTANCE
            DISPO:DISMISSED
         02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
            DISPO:DISMISSED
         03:23152(B) VC-DUI ALCOHOL/0.08% W/PRIORS
           *DISPO:CONVICTED COMMITTED TO PRISON
            CONV STATUS:FELONY
    ****
    19970829   CASOSANTA ROSA              DOB:19700805
              D0134857
         01:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
    19971029   CAMCSANTA ROSA
              MCR302308
         01:11377(A) HS-POSSESS CNTL SUBSTANCE
            DISPO:DISMISSED
    19971029   CAMCSANTA ROSA
              MCR300046
         01:11350(A) HS-POSSESS NARC CONTROL SUBSTANCE
            DISPO:DISMISSED
         02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
            DISPO:DISMISSED
         03:23152(B) VC-DUI ALCOHOL/0.08% W/PRIORS
           *DISPO:CONVICTED COMMITTED TO PRISON
            CONV STATUS:FELONY
    ****
    19971106   CASDCORRECTIONS
              K72631
         01:23152(B) VC-DUI ALCOHOL/0.08% W/PRIORS
    *******************************************************

    WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
    *******************************************************


    END OF RECORD
```

## NCIC Query Results

05/24/2002

**Query ID:** Misc     Processed By: SMUEHL

DR.CAOLN0000.   05/24/2002 04:00:06

DR.CAOLN0000.VTINS0948.*0948827901.
NAME/MENERA ABEL LOPEZ
ADDR/1015 SOUTH A ST APT 2. SANTA ROSA, CA.
AKA NAME/ABLE LOPEZ

SEX/M. DOB/080570. HGT/505. WGT/145. HAI/BLK. EYE/BLK.

OLN/NONE.
A8527580 USED FOR IDENTIFICATION ONLY

RSTR:NONE

STATUS:NO VALID OLN
       SUSPENDED OR REVOKED

END