Exhibit C

U.S. Department of Justice  
Immigration and Naturalization Service

**Warrant for Arrest of Alien**

File No.: __A76 687 449__  
Date: __December 22, 1997__

**To any officer of the Immigration and Nationality Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
__LOPEZ-Menera, Abel, AKA: Menera, Abel Lopez; Lopez, Bernabe Banderas__
(Full name of alien)
an alien who entered the United States at or near __San Ysidro, CA__ on
(Port)
__or about an unknown date in 1989__ is within the country in violation of the immigration laws and is
(Date)
therefore liable to being taken into custody as authorized by section 236 of the Immigration and

Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the

regulations issued pursuant thereto, I command you to take the above-named alien into custody

for proceedings in accordance with the applicable provisions of the immigration laws and

regulations.

(Signature of authorized INS official)
__Mark D. Riordan__
(Printed name of official)
__Assistant District Director, for Investigations__
(Title)

**Certificate of Service**

Served by me at _____ on _____ at _____.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

(Signature of officer serving warrant)

(Title of officer serving warrant)

AL-000085

Form I-200 (4-1-97) N

U.S. Department of Justice

Immigration and Naturalization Service

Final Administrative Removal Order

FINAL ADMINISTRATIVE REMOVAL ORDER
UNDER SECTION 238(b) OF THE
IMMIGRATION AND NATIONALITY ACT

File Number: __A76 687 449__

Date: __December 22, 1997__

To: __LOPEZ-Menera, Abel, AKA: Menera, Abel Lopez; Lopez, Bernabe Banderas__

Address: __1086 C St., Fulton, CA  95439__
(Number, street, city, state and ZIP code)          (Area code and phone number)

### ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Immigration and Naturalization Service, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined by section 101(a)(43) of the Act, 8 USC 1101 (a)(43) and are ineligible for any relief from removal that the Attorney General may grant in an exercise of discretion. I further find that the administrative record establishes by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii). By the power and authority vested in the Attorney General and in me as the Attorney General's delegate under the laws of the United States, I find you deportable as charged, and ORDER that you be deported from the United States to __Mexico__ or to any alternate country prescribed by section 241 of the Act.

__Thomas J. Schiltgen__
(Signature of Authorized INS Official)

__District Director__
(Title of official)

__December 22, 1997, San Francisco, CA__
(Date and office location)

Petition for review:  [ ] Waived by respondent.
                     [ ] Reserved by respondent.

---

#### CERTIFICATE OF SERVICE

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above-named individual.

_____
(Date, time, place and manner of service)

_____
(Signature and title of officer)

Form I-851A (4-01-97)

AL-000097

U.S. Department of Justice
Immigration and Naturalization Service                 Final Administrative Removal Order

---

**ORDEN FINAL DE DEORTACION ADMINISTRATIVA
BAJO LA SECCIÓN 242A(b) DE LA LEY
DE INMIGRACIÓN Y NACIONALIDAD**

ESTADOS UNIDOS DE AMERICA                    NO. DE EXPEDIIENTE:   A76 687 449
                                              Date:   December 22, 1997

En El Asunto De:  LOPEZ-Menera, Abel, AKA:  Menera, Abel Lopez; Lopez, Bernabe Banderas

To:  LOPEZ-Menera, Abel, AKA:  Menera, Abel Lopez; Lopez, Bernabe Banderas

Address:  1086 C St., Fulton, CA  95439
         (Number, street, city, state and ZIP code)                    (Area code and phone number)

**ORDEN**

Basado en los alegatos expresados en el Aviso de Intento de Expedir una Orden Final de Deportación Administrativa y en la evidencia contenida en el expediente administrativo, yo, el suscrito, Oficial del Servicio de Inmigración encargado de tomar la decision, hago las siguiente descubrimiento de datos y conclusiones de ley.  Encuentro que usted no es ciudadano/a o nacional de los Estados Unidos y que usted no fue admitido legalmente para residencia permanente.  Ademas encuentro que tiene una condena final por una felonia agravada según se define en la sección 101(a)(43) de la INA, 8 USC 1101 (a)(43) y que no tiene ningun derecho a dispensa de deportación.  Ademas encuentro que el expediente administrativo demuestra evidencia obvia, convincente, e inequivocamente que usted debe ser deportado como un extranjero convicto de una felonia agravada según la sección 241(a)(2)(A)(iii) de la INA, 8 USC 1251 (a)(2)(A)(iii).  Por el poderio y la autoridad delegada en el Procurador General y en mi como el delegado del Procurador General bajo las leyes de los Estados Unidos, encuentro que usted es deportable según acusado, y DISPONGO que usted sea deportado de los Estados Unidos a  Mexico  o a cualquier otro pais alterno prescrito por la sección 243 de la INA, 8 USC 1253.

Thomas J. Schiltgen
(Firma de INS Official)

District Director
(Titulo de official)

December 22, 1997, San Francisco, CA
(Fecha y lugar)

Solicitud de revision:  [ ]  Renunciada por el demando.
                        [ ]  Reserada por el demando..

---

**CERTIFICADO DE ENTREGA**

Yo le entregue esta **ORDEN FINAL DE DEPORTACIÓN ADMINISTRATIVA** a la persona antenombrada.

_____
(Fecha, hora, lugar y forma de entrega)

_____
(Firma y titulo de official)

Form I-851A (4-01-97)

AL-000098