# Exhibit E

U.S. Department of Justice
Immigration and Naturalization Service

**Warrant for Arrest of Alien**

File No.: **A 75 540 638**

DATE: **May 15, 1998**

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

**LOPEZ-MENERA, Abel**      AKA      **LOPEZ, Bernabe Banderas**
(Full name of alien)

an alien who entered the United States at or near   **San Ysidro, California**   on
(Port)

**October, 1989**   is within the country in violation of the immigration laws
(Date)

and is therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_(Signature of authorized INS official)_

**Michael Smirnoff**
(Print name of official)

**Designated IHP Director**
(Title)

**Certificate of Service**

Served by me at _____ on _____ at _____ .

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_(Signature of officer serving warrant)_

_(Title of officer serving warrant)_

Form I-200 (Rev. 4-1-97)N

AL-000052

U.S. Department of Justice
Immigration and Naturalization Service
Notice to Issue a Final Administrative Removal Order

# NOTICE OF INTENT
## TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

To: **LOPEZ-MENERA, Abel**                                   FILE NUMBER: **A75 540 638**

Address: **c/o USINS 630 Sansome Street San Francsico, California 94111**

Pursuant to section 238(b) of the Immigration and Nationality Act (Act), 8 USC 1228(b), the Immigration and Naturalization Service (Service) has determined that you are amenable to expedited administrative removal proceedings. The determination is based upon the following allegations:

### ALLEGATIONS:

1. You are not a citizen or national of the United States.
2. You are a native of **Mexico** and citizen of **Mexico**
3. You entered the United States at or near **San Ysidro, California** on or about **October, 1989**
4. At the time, you entered **without being inspected, admitted, or paroled by an immigration Officer**
5. You are not lawfully admitted for permanent residence.
6. You were, August 12, 1997, convicted in the Superior Court of California, County of Sonoma for the offense of DRIVING UNDER THE INFLUENCE in violation of Section 23152(b) of the California Vehicle Code for which the term of imprisonment imposed was two (2) years.

### CHARGES

You are deportable under Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in Section 101(a)(43) of the Act, 8 USC 1101(a)(43)

Based upon Section 238(b) of the Act, the Service is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINSTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

### Your Rights and Responsibilities

You may choose to be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, contact legal counsel from the list of available free legal services provided to you.
You must respond to the above charges in writing to the Service address provided below within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; and/or designate the country to which you choose to be deported in the event that a final order of removal is issued (which designation the Service will honor only to the extent permitted under section 241 of the Act).

You may seek judicial review of any final administrative deportation order by filing a petition for review within 14 calendar days after the date such final administrative order is issued, or you may waive such appeal by stating, in writing, your desire not to appeal.

| | | |
|---|---|---|
| Michael Smirnoff    Designated IHP Director | San Francisco, California | 6/8 ~~May 13~~, 1998 |
| Issuing Officer: Signature and Title | City and States of Issuance | Date |

### CERTIFICATE OF SERVICE
I served this Notice of Intent. I have determined that the person served with this document is the above named individual.

_____          _____
(Signature and title of officer)                       (Date and manner of Service)

I explained and/or served this Notice of Intent to the alien in the _____ language.
Name of interpreter: _____
Location/Employer: _____

AL-000046

Form I-851 (9-06-95)