Exhibit F

# RECORD OF DEPORTABLE ALIEN

(See A. M. - 2790.31 - 34 for Instruct...)

| Family Name | Given Name | Middle Name | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| LOPEZ-Menera, Abel | | | Male | BLK | BRO | Med |

| Country of Citizenship | Passport Number and Country of Issuance | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| Mexico | N/A | A-75 540 638 | 5'7" | 140 | LABORER |

U. S. Address (Residence) (Number) (Street) (City) (State) (Zip Code): 1086 C St. Santa Rosa California

Scars or Marks:

| F.B.I. No. | Marital Status |
|---|---|
| 375866PA6 | ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widower(er) |

Passenger Boarded At: N/A

Date, Place, Time, Manner, of Last Entry: 10/1/89  San Ysidro, California  EWI

Method of Location / Apprehension: DD&P/IHP

Number, Street, City, Province, (State) and County of Permanent Residence: Michoacan, Mexico

| Date of Action | Location Code | (At / Near) | Date & Hour |
|---|---|---|---|
| 9/14/98 | CLP | CA. | 9/14/98 |

Birthdate: 8/5/70

By: Deportation Officer

City, Province, (State) and County of Birth: Michoacan, Mexico

AR ☒  Form (Type & No.)

| Status at entry | Status When Found |
|---|---|
| | INSTITUTION |

Visa Issued At - NIV No.

Social Security Account Name:

Length of Time Illegally in U. S.

Date Visa Issued:

Social Security No.: 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

Send O.C. Rep. Check To:

Immigration Record:

Criminal Record: See Conviction Documents and CII: A09982528

| Number and Nationality of minor Children |
|---|
| 3  USC  ___  MEX |

Name, Address and Nationality of Spouse (Maiden Name, if appropriate): SANCHEZ, Rosa, US (EWI), El Salvador

Mother's Present and Maiden Names, Nationality, and Address, if Known: MENERA, Andrea, Mexican, Mexico

Father's Name, and Nationality and Address, if Known: LOPEZ, Carmelo, Mexican, Mexico

Deportation Charge(s) (Code Word): 16A

Monies Due / Property in U.S. Not in Immediate Possession:

Fingerprinted: ☒ Yes  ☐ No
Lockout Book Checked: ☒ Not Listed  ☐ Listed, Code

Name and Address of (Last)(Current) U.S. Employer:

Type of Employment:

Salary: $ ___ hr.

From:   To:

Narrative (Outline particulars under which alien located / apprehended. Include details, not shown above, re time, place, manner of last entry, and elements which establish administrative and / or criminal violations. Indicate means and route of travel to interior) Alien has been advised of communications privileges pursuant to 8 CFR 242.2 (e).
Initial_____ Date_____

Additional DOB's: 9/6/70, 8/6/70

PRISON NAME:     MENERA, Abel
CDC NUMBER:      K72631
PC OR H&S:       23152(b)
COURT:           Sonoma
CRIME:           Driving Under the Influence
CONVICTION DATE: 8/12/97
SENTENCE:        2 years
RELEASE DATE:    10/16/98
IMMIGRATION STATUS: EWI
AKA:             LOPEZ, Bernabe
Narrative:
Second "A" number 76687449

Circle One:  Contested  (QD)  AD  R/I  TFRD

I-618 and list of Free Legal Services provided to Alien

Deportation Officer

Received ( subject ... documents )/... ... view) from

Officer  Deportation Officer

9-17-98  AT  1  PM

DISTRIBUTION
Original - A File

Form I-213 (Rev. 4-15-79) UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service

AL-000180