Exhibit H

| | |
|---|---|
| A-FILE: 75-540-638 | Puig-Menera    RECORD    DATE: 09-24-98 |
| IJ: ☐ BENNETT ☐ JAMES ☐ STATON ☐ WEIL ☒ O'LEARY ☐ | |
| TA: ☒ CACAVIO ☐ CANTERO ☐ COLOGNE ☐ GERSHATOR ☐ LAFLEUR ☐ LATIMER ☐ Metcalf ☐ Putnam ☐ | |
| ATTORNEY FOR RESPONDENT: ☐ Personal ☐ Tele ☒ Pro se ☐ No Show | |

**CURRENT PROCEEDINGS:**
☒ Exclusion  ☐ Bond
☐ Deportation  ☐ Master
☐ Detained  ☒ Institutional
☐ CFH  ☐ Status Hrg
☐ Groups  ☒ NTA

**PLEADINGS:**
☒ Alien admits: all
☐ Alien denies: ____
☐ Concedes deport/exclude/removal
    Country designated by: ☒ Δ ☐ IJ
    ☒ Mexico, ☐ Other: ____
☐ Fear ☒ No fear of return
☐ Ability ☐ Inability to pay return

**RELIEF SOUGHT:**
☐ V.D. ☐ Susp. ☐ Asylum
☐ W/holding ☐ 240A(a)
☐ Waiver: ____
☐ Other: ____

**DUE DATES:**
Application(s): __/__/__
BRIEFS:
☐ Alien: __/__/__
☐ Service: __/__/__
☐ Other: __/__/__

☐ Motion ___ Granted
    ___ Denied

**ACTION TAKEN:**
☐ Deported ☐ Excluded ☒ Removed
☐ In absentia
☐ Terminated by Court/INS
☐ _____ ☐ Grant ☐ Deny
☐ VD granted: __/__/__
☐ No Bond ☐↑☐↓ $____ ☐ O.R.
☐ No Bond Reduction
☐ Admin. Closed
☒ Appeal waived by both
☐ Appeal reserved by: ☐ Δ ☐ TA
    due __/__/__
☐ Change of venue to: ____
☐ Other: ____

CONTINUED: __/__/__ at ____  ☐ Attorney  ☐ Bond  ☐ M Calendar  ☐ Merits Hrg. ☐ QD/QE/QR

**Attorney Work Product:**
3 USC c(u)(d)   ☐ No File
ag fel DWI 2yrs
claims also convicted for
poss of meth

**Exhibits:**
1. OSC/I-122/ NTA
2. ____
3. ____
4. ____
5. ____
6. ____
7. ____
8. ____
9. ____
10. ____
11. ____
12. ____
13. ____
14. ____
15. ____

☐ NEED PERMANENT "A" FILE   ☐ OTHER DD&P ACTION ____
ROUTE TO:   REVIEWED ON __/__/__, BY ____
☐ CANTERO ☐ CACAVIO ☐ COLGNE ☐ LAFLEUR ☐ LATIMER ☐ GERSHATOR ☐ METCALF ☐ PUTNAM

AL-000187