Exhibit J

DEPORTATION CASE CHECK LIST

ATTORNEY OR
REPRESENTATIVE:                    File No.: 75-540-638

ALIEN: *Lopez - Menera*                    AKA

ADDRESS:                    ADDRESS:

| ACTIONS TO BE COMPLETED | Completed (Date) | Initials | ACTIONS TO BE COMPLETED | Completed (Date) | Initials |
|---|---|---|---|---|---|
| I-94 STAMPED | | | | | |
| I-95 | | | 252(b) CASES | | |
| M-125 Docket Control Tape | | | I-99 Notice of Revocation and Penalty | | |
| I-210 Voluntary Departure Notice | | | I-259 Notice to Detain and Deport | | |
| I-205 Warrant of Deportation | SEP 2 1998 | GMag | ARRANGING TRANSPORTATION | | |
| I-229 Warning of Six-month Limit - 242(c) | | | I-388 Notice to Transportation Line | | |
| I-217 Information - Travel | | | I-380 Record of Billable Expenses | | |
| I-217A Document Application | | | | | |
| I-141 Medical Certificate | | | I-340 Demand for Surrender Under Bond | | |
| I-294 Notice of Dep'n Destination and Penalty for Reentry | | | I-166 Notice to Surrender for Deportation | | |
| I-323 Bond Breach | | | G-391 Detail of Detention Officer | | |
| I-391 Bond Cancellation | | | | | |
| I-241 T.D. Request Country Designated by Alien | | | I-216 Record of Person and Property Transferred | | |
| T.D. (C-N) Request Country of Nationality | | | I-164 Document Envelope | | |
| Passport Noted - O.I. 242.10(g) | | | FTR–FILES | 09/10/98 | |
| DETAINED CASES | | | CLOSING ACTIONS | | |
| I-286 Notice of Detention or Release Conditions | | | I-157 Notice of Deportation | | |
| I-200 Warrant for Arrest of Alien | | | G-189 Statistical Punch Card | | |
| | | | G-174 | | |
| I-203 Order to Detain or Release Alien | | | G-143 Lookout Notice Worksheet | | |
| G-589 Property Request | | | Disposition Notice - FBI | | |
| G-590 Property Envelope | | | Disposition Notice - RCMP | | |
| I-43 Statement of Detained Alien Baggage & Personal Effects | | | Disposition Expense Billed | | |
| I-284 Notice re Detention and Deportation Expenses | | | I-94 Stamped and Forwarded | | |
| | | | I-95 | | |
| I-247 Notice of Detainer 12/02/97 | | | "Closed" Tape Placed on File | | |
| I-851 ADMIN/DEPORT | | | IHP | | |
| I-871 REINSTATEMENT | | | File To Rec. Adm. Re I-151 (I-551) Stamped "Statistics" | | |
| NCIC | | QH's | I-154 Closed  DACS | | |
| | | | FTC–FILES | | |

Alien (is) (is not) detained and is ready for deportation to _____ Mexico _____ at the

expense of _____ SG _____   Alien's condition is:   Able ☑   Mental ☐   CINS ☐   Physically Incap. ☐
                Name of SS Bn. - Government

9/29/98
Date                                        _____
                                            DEPORTATION OFFICER

Remarks:                    **DEPORTED ALIEN**

Subject deported on: _____ Via: _____ **CALEXICO, CA**          CASE CAT: _____
                     (DATE)              (PORT)
                                                                          CHRG IN _____

Form I-170
(Rev. 9-15-78)N                    United States Department of Justice, Immigration and Naturalization Service

AL-000186