# Exhibit K

To be completed by Service officer executing the warrant:
Name of alien being removed   LOPEZ-Menera, Abel

Port, date, and manner of removal: Calexico POE, <u>10/16/98</u>, VIA A Foot.
(Date)



Photograph of alien removed



Right index fingerprint of alien removed

__Abel Lopez Menera__
(Signature of alien being fingerprint)

_____
(Signature and title of INS official taking print)

Departure witnessed by: __Jack R McCormack DEO__
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here ☐

Departure Verified by: _____
(Signature and title of INS official)

AL-000018