Exhibit L

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LOPEZ MENERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-653 SI |
| Plaintiff, ) | DECLARATION OF ABEL LOPEZ-MENERA' IN SUPPORT OF MOTION TO DISMISS INDICTMENT |
| vs. ) | |
| ABEL LOPEZ-MENERA, ) | |
| Defendant. ) | |

I, Abel Lopez-Menera, declare the following to be true under penalty of perjury;

1. I am the defendant in the above captioned case;

2. I came to the United States in 1989, when I was nineteen years old;

3. I met my common law wife in the United States. She is a United States citizen, and was a United States citizen in 1997. We have three United States citizen children together; Bessie Sanchez-Lopez, age 15; Abel Sanchez-Lopez, age 13, and Jose Andres Sanchez-Lopez, age 11. Prior to my deportation, all of these children were living with me and my common law wife, Rosa Sanchez. I was working a night job as a janitor to support them;

4. When I first came to the United States, I was nineteen years old, and I lived with some cousins in Santa Rosa;

5. In Santa Rosa, where I've lived all my adult life, I worked in the fields and in construction and landscaping;

6. In the middle of 1998, I remember getting some immigration papers. I asked for a hearing and was brought before an Immigration Judge. I went before the judge in the middle of a large group of men, and the judge spoke to us all together and individually;

7. At no time did the Immigration Judge, or any other immigration official, tell me that I had the right to depart the country voluntarily. At no time was I told that I had the right to seek bail. If I had been told [mf] by the Immigration Judge that I could seek to depart on my own, and that I would have had a much better chance of being able to return to the country legally and returning sooner, I would have done so. A family friend, Sally Diaz [mf], would have helped me with money to depart on my own. Also, my wife and kids, as well as Sally Diaz [mf], would have come to the court and assisted me to obtain bail;

8. I was told that I could not stop the deportation, that I had no way of fixing the situation, and that there was nothing I could do except be deported.

Signed this the 16th day of November, 2007 in San Francisco, California

_____
ABEL LOPEZ-MANERA

Translated orally from English into Spanish on November 16, 2007 in the presence of Mr. Lopez-Manera in San Francisco, California.

Dated: 11/16/07       _____
                      MELINDA BASKER, Court Staff Interpreter

*Lopez-Manera*, 07-653 SI
Lopez-Manera Declaration in Support          2