Exhibit M

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LOPEZ-MANERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ABEL LOPEZ-MENERA, <br> Defendant. | No. CR-07-653 SI <br><br> DECLARATION OF SALLY DIETZ IN SUPPORT OF MOTION TO DISMISS INDICTMENT |

I, Sally Dietz, declare the following to be true under penalty of perjury:

1. I am a family friend of the defendant in the above captioned case. I reside at 4141 Chico Avenue in Santa Rosa, California, 95407;

2. I have known Mr. Lopez-Manera and his family for multiple years. I first met Rosa Sanchez, Mr. Manera's common law wife, when she came from El Salvador in the early 1990s. I first met Mr. Lopez-Manera when he became involved with Rosa Sanchez in 1992, when their oldest daughter Bessie was born. Bessie is now 15 years old. I remained closely in contact with the family when Abel was born in 1994, and was present in the hospital when Jose Andres was born in 1996;

3. I began assisting the entire family from the beginning of the time I knew them. Ms. Rosa

1  Sanchez is very poor, and comes from a poor farm background. She only speaks Spanish, and is unfortunately illiterate;

4. I tried to help the family in any way that I could. In the beginning, I observed Mr. Lopez-Manera working all the time, between 1992 and 1994. When Bessie born, up until the time she was two years old (which would have been approximately 1994), Mr. Lopez-Manera was working hard to provide for his family;

5. By 1994 or 1995, when Abel was about six months old, Mr. Lopez-Manera started to run into trouble with the law;

6. In 1997, Mr. Lopez-Manera was riding his bicycle to his night job as a janitor, when he was arrested. Before we knew it, he was in immigration proceedings. My understanding was that there was nothing that we could do to help him, and that he would be deported;

7. I never heard anything from the Immigration Court or Mr. Lopez-Manera about "voluntary departure." If Mr. Lopez-Manera had called me and asked me for money to help him depart the country voluntarily, I would have been happy to provide him the necessary funds. In addition, I would have gone to Immigration Court with his wife, if necessary, to assist him with bail;

8. I know that Mr. Lopez-Manera has an aunt that he is close to, Beatrice Martinez, who lives in Windsor. Based on my interaction with Mr. Lopez-Manera, I know that he was often visiting this aunt. I also know that she helped him in any way that she could. Based on these observations, I have a good faith belief that Mr. Lopez-Manera's aunt would have also assisted him with immigration proceedings if necessary.

Signed this the 29th day of November, 2007 in Santa Rosa, California.

_____
SALLY DIETZ

Lopez-Menera, 07-653 SI
Dietz Declaration in Support

2