1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            )   CR No. 07-0653-SI
                                        )
17          Plaintiff,                   )   **DECLARATION OF TAREK J. HELOU IN**
                                        )   **SUPPORT OF UNITED STATES'**
18      v.                               )   **OPPOSITION TO DEFENDANT'S**
                                        )   **MOTION TO DISMISS THE**
19 ABEL LOPEZ-MENERA,                    )   **INDICTMENT**
          a/k/a Jose Lopez-Martinez,     )
20        a/k/a Bernabe Banderas Lopez,  )
                                        )   Date:   December 20, 2007
21          Defendant.                   )   Time:   10:00 a.m.
   _____ )   Judge:  The Honorable Susan Illston
22

23

24

25

26

27

28

HELOU DECL. SUPP. OPP. MOT. DISMISS
CR 07-0653-SI                                                          1

I, Tarek J. Helou, declare as follows:

1.      I am an Assistant United States Attorney in the Northern District of California and am counsel of record for the United States in the above-captioned case, United States v. Abel Lopez-Menera.  I submit this declaration to authenticate documents that I produced to defense counsel during discovery in this case.  I obtained all of the attached documents from Immigration and Customs Enforcement, which is part of the Department of Homeland Security. All of the attached documents are contained in defendant Abel Lopez-Menera's Alien File.

2.       Attached hereto as Exhibit A is a true and correct copy of the defendant's TECS criminal history report.  This document is bates-labeled AL-000144-AL-000155.

3.      Attached hereto as Exhibit B is a true and correct copy of a December 22, 1997 Warrant of Arrest of Alien, naming defendant Abel Lopez-Menera.  This document is bates-labeled AL-000085.

4.      Attached hereto as Exhibit C is a true and correct copy of a March 4, 1998 Notice of Intent to Issue Final Administrative Removal Order, naming defendant Abel Lopez-Menera. This document is bates-labeled AL-000088.

5.      Attached hereto as Exhibit D is a true and correct copy of a June 8, 1998 Notice of Intent to Issue Final Administrative Removal Order, naming defendant Abel Lopez-Menera. This document is bates-labeled AL-000046.

6.      Attached hereto as Exhibit E is a true and correct copy of a September 18, 1998 Notice to Appear, naming defendant Abel Lopez-Menera.  This document is bates-labeled AL-000036-AL-000045.

7.      Attached hereto as Exhibit F are true and correct copies of an Order of Immigration Judge, its accompanying Warrant of Removal/Deportation, and its accompanying

//
//
//
//
//

Warning to Alien Ordered Removed or Deported, all dated September 24, 1998 and naming defendant Abel Lopez-Menera.  These documents are bates-labeled AL-000016-AL-000019.

I declare under penalty of perjury that the foregoing is true and correct.  Sworn this 15th day of December, 2007, at San Francisco, California.

_____/s/_____

TAREK J. HELOU

HELOU DECL. SUPP. OPP. MOT. DISMISS
CR 07-0653-SI                                                                                                    3