```
18:28            IECS 11 EXTERNAL MESSAGE DISPLAY            05182007   T2MD0611
                                                                        T2PD0634
QUEUE TYPE:    PERSONAL            QUEUE NAME:    R7BL
                                   MSG STATUS:    NACK
****************** TEXT OF MESSAGE ***************   PAGE 01 ***************
FROM NLETS  ON 05/18/07 AT 18:28:01

CR.CAIII0000
15:27 05/18/2007 64871
15:27 05/18/2007 89726 CAINSSFT8
*CQUR7BL733
TXT
HDR/2L01CQUR7BL73300733
ATN/JOJO DHS ICE

THE FOLLOWING RECORD PERTAINS TO FBI/375866PA6
                                  SID/CA09982528

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
             CERTIFICATION PURPOSES
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
FIRST PAGE OF MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
18:28              IECS II EXTERNAL MESSAGE DISPLAY           05182007    T2MD0611
                                                                          T2PD0634
  QUEUE TYPE:    PERSONAL             QUEUE NAME:   R7BL
                                      MSG STATUS:   NACK
  ****************** TEXT OF MESSAGE ***************  PAGE 02 **************

  SID 09982528 DELETED AND CONSOLIDATED WITH SID 28104225
  **************************************************************
  DNA SAMPLE NOT VERIFIED BY FINGERPRINT HAS BEEN RECEIVED,
  TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK. FOR
  INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
  **************************************************************
  III CALIFORNIA ONLY SOURCE RECORD
  CII/A28104225
  DOB/19700906      SEX/M   RAC/HISPANIC
  HGT/507  WGT/140  EYE/BRO  HAI/BLK  POB/MM
  NAM/01 LOPEZ,BERNABE BANDERAS
      02 MENERA,ABEL LOPEZ
      03 LOPEZ,BERNABE
      04 MENERA,ABLE LOPEZ
  MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                                 PF16(NEXT MSG) . PF19(MSG LOG)  PF18=(REROUTE)
  USE PF KEYS TO CONTINUE
  (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

AL-000145

```
  18:28           TECS II EXTERNAL MESSAGE DISPLAY           05182007   T2MD0611
                                                                        T2PD0634
 QUEUE TYPE:    PERSONAL              QUEUE NAME:   R7BL
                                      MSG STATUS:   NACK
****************** TEXT OF MESSAGE ****************   PAGE 03 ***************
     05 LOPEZ-MENERA,ABEL
     06 LOPEZ,ABEL
     07 MENERA,ABEL
     08 LOPEZ-MARTINEZ,JOSE
     09 LOPEZ,J CARMENMARTI
     10 MARTINEZ,JOSE LOPEZ
     11 LOPEZ,JOSE
     12 LOPEZ,JOSE CARMANMARTI
 MNU/FBI-375866PA6
     DOB-19700805   19700716
     CDL-A8527580   A9923499
     SOC-654089687
     INN-CDC-K072631   CDC-F057519
 ****
 19920117    CAPDHEALDSBURG           DOB:19700906
 MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                               PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
 USE PF KEYS TO CONTINUE
 (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

AL-000146

```
18:28            PECS II EXTERNAL MESSAGE DISPLAY         05182007   T2MD0611
                                                                    T2PD0634
QUEUE TYPE:   PERSONAL            QUEUE NAME:   R7BL
                                  MSG STATUS:   NACK
****************** TEXT OF MESSAGE ***************  PAGE 04 ***************
            9772 92 108
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
19920403   CAMCSANTA ROSA
           MCR170081
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
         DISPO:BENCH WARRANT ISSUED
19931208   CAMCSANTA ROSA
           MCR170081
      01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
         DISPO:DIVERSION TERM/SUCCESSFUL/DISM
19930602   CAMCSANTA ROSA
           MCR170081
      01:23103 VC-RECKLESS DRIVING
        *DISPO:CONVICTED-PROB/JAIL
         CONV STATUS:MISDEMEANOR
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                         PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

AL-000147

```
QUEUE TYPE:    PERSONAL              QUEUE NAME:  R7BL
                                     MSG STATUS:     NACK
****************** TEXT OF MESSAGE ***************  PAGE 05 ***************
         SEN:   PROBATION ,    JAIL ,
                FINE SS ,    IMP SEN SS
****
19920117   CASOSANTA ROSA                DOB:19700906
           D0134857HEA92108
     01:11350 HS-POSSESS NARCOTIC CONTROL SUBSTANCE
****
19920229   CAPDHEALDSBURG                DOB:19700805
           92-465 9847
     01:148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
19920604   CAMCSANTA ROSA
           MCR188271
     01:148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
           DISPO:DISMISSED
****
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG).  PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
QUEUE TYPE:    PERSONAL              QUEUE NAME:   R7BL
                                     MSG STATUS:   NACK
****************** TEXT OF MESSAGE ****************** PAGE 06 **************
                                     DOB:19700805
19930513   CASOSANTA ROSA
           D0141860  CHPVN68461
     01:166.4 PC-DISOBEY COURT ORDER/PROCESS
19930528   CAMCSANTA ROSA
           MCR213638
     01:DUI ALCOHOL/DRUGS
       *DISPO:CONVICTED-PROB/JAIL
        CONV STATUS:MISDEMEANOR
        SEN:    PROBATION  ,    JAIL  ,
                FINE  ,    FINE SS  ,
                IMP SEN SS
19931019   CAMCSANTA ROSA
           MCR213638
     01:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
           DISPO:DIVERSION TERM/SUCCESSFUL/DISM
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                               PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)

USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
19940407   CASOSANTA ROSA              DOB:19700805
           D0134857 SRO947428
      01:166.4 PC-DISOBEY COURT ORDER/PROCESS
      02:166.4 PC-DISOBEY COURT ORDER/PROCESS
****
19970726   CASOSANTA ROSA              DOB:19700805
           D0134857
      01:11350(A) HS-POSSESS NARC CONTROL SUBSTANCE
      02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
19971029   CAMCSANTA ROSA
           MCR300046
      01:11350(A) HS-POSSESS NARC CONTROL SUBSTANCE
         DISPO:DISMISSED
      02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
```

AL-000150

```
18:29                 TECS II EXTERNAL MESSAGE DISPLAY            05182007   T2MD0611
                                                                             T2PD0634
QUEUE TYPE:     PERSONAL              QUEUE NAME:   R7BL
                                      MSG STATUS:   NACK
****************** TEXT OF MESSAGE ***************    PAGE 08 **************
            DISPO:DISMISSED
    03:23152(B)  VC-DUI ALCOHOL/0.08% W/PRIORS        L+
       *DISPO:CONVICTED COMMITTED TO PRISON
            CONV STATUS:FELONY
****
19970829    CASOSANTA ROSA                DOB:19700805
            D0134857
    01:11377(A)  HS-POSSESS CONTROLLED SUBSTANCE
19971029    CAMCSANTA ROSA
            MCR302308
    01:11377(A)  HS-POSSESS CNTL SUBSTANCE
            DISPO:DISMISSED
19971029    CAMCSANTA ROSA
            MCR300046
    01:11350(A)  HS-POSSESS NARC CONTROL SUBSTANCE
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG).  PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

AL-000151

```
                TECS II EXTERNAL MESSAGE DISPLAY         05182007   T2MD0611
                                                                    T2PD0634
QUEUE TYPE:    PERSONAL              QUEUE NAME:  R7BL
                                     MSG STATUS:  NACK
***************** TEXT OF MESSAGE ***************   PAGE 09 **************
          DISPO:DISMISSED
     02:11377(A) HS-POSSESS CONTROLLED SUBSTANCE
          DISPO:DISMISSED
     03:23152(B) VC-DUI ALCOHOL/0.08% W/PRIORS
       *DISPO:CONVICTED COMMITTED TO PRISON
        CONV STATUS:FELONY
****
19971106   CASDCORRECTIONS
           K72631
     01:23152(B) VC-DUI ALCOHOL/0.08% W/PRIORS
****
20000409   CACJSANTA ROSA              DOB:19700805
           9839577-D0139905
     01:23152(A) VC-DUI ALCOHOL/DRUGS
     02:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

AL-000152

```
      03:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
      04:166.4 PC-DISOBEY COURT ORDER/PROCESS
****
 20000628    CACJSANTA ROSA              DOB:19700716
      9843352 D0139905
      01:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
      02:14601.5(A) VC-DRIVE:LIC SUS/ETC:DUI/RFUSE TST
      03:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
      04:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
      05:23152(A) VC-DUI ALCOHOL/DRUGS
      06:853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
      07:853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
****
 20010131    CACJSANTA ROSA              DOB:19700716
      9853768-D0139905
```

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN)  PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

AL-000153

QUEUE TYPE:    PERSONAL               QUEUE NAME:   R7BL
                                      MSG STATUS:   NACK
****************** TEXT OF MESSAGE ***************   PAGE 11 ***************
      01:853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
      02:21200.5 VC-RIDE BIKE UNDER INFLUENCE
****
 20060725    CACJSANTA ROSA              DOB:19700716
        9954184-STT0017026
      01:DNA PALM COLLECT:NO ARREST
****
 20060801    CACJSANTA ROSA              DOB:19700716
        9954184 STT0020347
      01:23152(A) VC-DUI ALCOHOL/DRUGS
      02:23152(B) VC-DUI ALCOHOL/0.08 PERCENT
      03:14601.2(A) VC-DRIVE:LIC SUSP/ETC:DUI:SPEC VIOL
****
 20070125    CASPSAN QUENTIN
        F57519
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                               PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

    QUEUE TYPE:    PERSONAL              QUEUE NAME:    R7BL
                                         MSG STATUS:    NACK
    ****************** TEXT OF MESSAGE ****************   PAGE 12 **************
        01:647.6(B) PC-ANOY/ETC CHLD:IL ENT:INHAB BLD/ETC
    **********************************************
WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
    **********************************************

END OF RECORD




MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)