**U.S. Department of Justice**
Immigration and Naturalization Service

# Warrant for Arrest of Alien

File No.: __A76 687 449__
Date: __December 22, 1997__

**To any officer of the Immigration and Nationality Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
__LOPEZ-Menera, Abel, AKA: Menera, Abel Lopez; Lopez, Bernabe Banderas__
(Full name of alien)
an alien who entered the United States at or near __San Ysidro, CA__ on
(Port)
__or about an unknown date in 1989__ is within the country in violation of the immigration laws and is
(Date)
therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)
Mark D. Riordan
(Printed name of official)
__Assistant District Director, for Investigations__
(Title)

## Certificate of Service

Served by me at _____ on _____ at _____.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

_____
(Title of officer serving warrant)

AL-000085

Form I-200 (4-1-97) N