U.S. Department of Justice
Immigration and Naturalization Service — Notice of Intent to Issue a Final Administrative Removal Order

# NOTICE OF INTENT
## TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

FILE NUMBER: __A76 687 449__

To: __LOPEZ-Menera, Abel, AKA: Menera, Abel Lopez; Lopez, Bernabe Banderas__
Address: __1086 C St., Fulton, CA 95439__

Pursuant to section 238(b) of the Immigration and Nationality Act (Act), 8 USC 1228(b), the Immigration and Naturalization Service (Service) has determined that you are amenable to expedited administrative removal proceedings. The determination is based upon the following allegations:

### ALLEGATIONS:

1. You are not a citizen or national of the United States.
2. You are a native of __Mexico__ and citizen of __Mexico__.
3. You entered the United States at or near __San Ysidro, CA__ on or about __an unknown date in 1989__.
4. At that time, you entered __without inspection by an immigration officer__.
5. You are not lawfully admitted for permanent residence.
6. You were on __August 12, 1997__ convicted in the __Municipal Court of California, County of Sonoma__ for the offense of __DUI with Priors__, in violation of __Section 23152(b) of the California Vehicle Code__ for which the term of imprisonment imposed was __Two(2) years__.

### CHARGES:

You are deportable under section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act, 8 USC 1101(a)(43).

Based upon section 238(b) of the Act, the Service is serving upon you this **NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER** ("Notice of Intent") without a hearing before an Immigration Judge.

### Your Rights and Responsibilities

You may choose to be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Service address provided below within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). In your response you may: request, for good cause, and extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; and/or designate the country to which you choose to be deported in the event that a final order of removal is issued (which designation the Service will honor only to the extent permitted under section 241 of the Act.)

You may seek judicial review of any final administrative deportation order by filing a petition for review within 30 calendar days after the date such final administrative order is issued, or you may waive such appeal by stating, in writing, your desire not to appeal.

Mark D. Riordan
Assistant District Director, for Investigations
Issuing Officer: Signature and Title

San Francisco, CA
City and State of Issuance

3/4/98 @ 7:12 p
Date and Time

### CERTIFICATE OF SERVICE

I served this Notice of Intent. I have determined that the person served with this document is the above named individual.

_____    _____
(Signature and title of officer)                                          (Date and manner of Service)

I explained this Notice of Intent to the alien in the _____ language.
Name of interpreter: _____
Location/Employer: _____

AL-000088
Form I-851 (9-06-95)