**U.S. Department of Justice**
Immigration and Naturalization Service

Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: A75 540 638
CDC: K72631
Rel Date: 10/16/98

In the Matter of:

Respondent: __LOPEZ-Menera, Abel__     AKA: MENERA, Abel
currently residing at __C/O Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233__
(Number, street, city, state and ZIP code)     (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

☐ 4. You are not a citizen or national of the United States
☐ 5. You are a native of __Mexico__ and a citizen of __Mexico__.
☐ 6. You entered the United States at or near __San Ysidro, California__, on or about __10/1/89__.
☐ 7. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at anytime or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)    ☐ 8 cfr 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United Statues Department of Justice at:

Calpatria State Prison, 7018 Blair Road, Calipatria, California 92233
(Complete Address of Immigration court, Including room Number, if any)

on __9/24/98__ at __0830__ to show why you should not be removed from the United States based on the charge(s) set forth above.
(Date)     (Time)

A. Neil Clark
Assistant Officer in Charge
(Signature and Title of Issuing Officer)
El Centro, California
(City and State)

Date: __SEP 18 1998__

See reverse for important information

Form I-862 (Rev. 4-1-97)

AL-000036

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice of Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _(Signature and title of INS Officer)_

_(Signature of Respondent)_ Abel Lopez Memere

Date: 9-21-98

### Certificate of Service

This Notice to appear was served on the respondent by me on 9-21-98 (Date), in the following manner and in compliance with section 239(1)(1)(F) of the Act:

**Aliens right index print**

- ☒ in person   ☐ by certified mail, return receipt requested   ☐ by regular mail
- ☒ Attached is a list of organizations and attorneys which provide free legal services.
- ☒ The alien was provided oral notice in the _Spanish_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_(Signature of Respondent if Personally Served)_ Abel Lopez Memere

_(Signature and Title of Officer)_

"If you fail to attend the hearing at the time and place designated on this notice, or any date and time later designated by the Immigration Court, you shall not be eligible for discretionary relief under INA Section 240A (Cancellation of Removal), 240B (Voluntary departure), 245 (Adjustment of Status), 248 (Adjustment of nonimmigrant status), or 249 (Creation of Record of Admission), for a period of 10 years after the date of the entry of the Final Order of Removal."

"si no asiste a la audencia en el tiempo y lugar designado en este aviso, o cualquier fecha y hora mas tarde designado por la corte de Inmigracion, no estara elegible por asistencia discrecional bajo INA Seccion 240A (Cancelacion de Deportacion), 240B (Salida Voluntaria), 245 (Ajuste de Residencia), 248 (Ajuste de no-inmigrante Residencia), o 249 (Creacion de Registro de Admision), por un periodo de 10 anos despues de la fecha indicada en la Orden Final de Deportacion."

I HAVE RECEIVED A COPY OF MY CONSEQUENCES FOR FAILURE TO APPEAR, RIGHTS TO AN ATTORNEY, LIST OF LEGAL SERVICES AND APPEAL RIGHTS:

RESPONDENT: _Abel Lopez Monero_  Date: _____

AL-000038



Executive Office for Immigration Review

*Immigration Court*

2409 La Brucherie Road
Imperial, CA 92251

# LIST OF FREE LEGAL SERVICE PROVIDERS

**CATHOLIC CHARITIES**
250 W. Orange Avenue
El Centro, CA 92243
Telephone: (760)353-6822

*May charge a nominal fee.
**Able to represent non-detained aliens primarily.
***Will represent persons applying for asylum.

**CARDENAS & FIFIELD**
1030 Broadway Avenue, Ste. 108
El Centro, CA 92243
Telephone: (760)353-5710

*Will represent aliens in all types of Immigration matters.
*Will represent persons applying for asylum.

**BOURNAZIAN, JACK**
110 W. "C" Street, Ste. 909
San Diego, CA 92101
Telephone: (619)702-6330

*Will represent aliens in Removal Proceedings.
**Will represent persons applying for asylum.

**FINN, GARY**
49613 Hwy. 86, Ste. B-21
Coachella, CA 92236
Telephone: (760)398-3779

*Will represent aliens in Deportation And Removal Proceedings
**Will represent persons applying For asylum.

(Revision 7/1/98-EOIR)

AL-000039

# LOS ANGELES AREA:

IMMIGRATION SERVICE OF SANTA ROSA
132 N. MACLAY AVE
SAN FERNANDO, CA 91340
TELEPHONE: (818) 361-4341
MAY CHARGE NOMINAL FEE
WILL REPRESENT ALIENS IN ASYLUM

COACHELLA VALLEY IMMIGRATION
SERVICE & ASSISTANCE INC.
934 VELLA ROAD
PALM SPRINGS, CA 92264
TELEPHONE:(619) 327-1579
MAY CHARGE NOMINAL FEE
LIMITED TO RIVERSIDE CO.

CHABAD LUBAVICH RUSSIAN SYNAGOGUE
7636 SANTA MONICA BLVD
LOS ANGELES, CA 90045
TELEPHONE: (213) 848-2999

PUBLIC COUNSEL
601 SO. ARDMORE AVE
LOS ANGELES, CA 90005
TELEPHONE: (213) 385-2977
WILL REPRESENT ALIEN IN ASYLUM
WILL NOT REPRESENT CRIMINALS

INTERNATIONAL INSTITUTE OF LOS ANGELES
435 S. BOYLE AVE
LOS ANGELES, CA 90033
TELEPHONE: (213) 264-6217
WILL REPRESENT ALIENS IN ASYLUM
WILL NOT REPRESENT CRIMINALS

LEGAL AID FOUNDATION OF LOS ANGELES
1102 S. CRENSHAW BLVD
LOS ANGELES, CA 90019
TOLL FREE: 800 399-1529
TELEPHONE: (213) 252-3800
   LIMITED TO LEGAL RESIDENT ALIENS

INTERNATIONAL INSTITUTE OF LOS ANGELES
14701 FRIAR STREET
VAN NUYS, CA 91411
TELEPHONE: (818) 988-1332/1333
WILL REPRESENT ALIENS IN ASYLUM

EL RESCATE LEGAL SERVICES
1340 S. BONNIE BRAE STREET
LOS ANGELES, CA 90006
TELEPHONE: (213) 387-3284
WILL NOT REPRESENT CRIMINAL ALIENS

CATHOLIC CHARITIES OF LOS ANGELES
IMMIGRATION & REFUGEES SERVICES
1530 W. NINTH STREET PO BOX 15095
LOS ANGELES, CA 90015-0095
TELEPHONE:(213) 251-3474
WILL NOT MAKE APPEARANCES AT SAN PEDRO
DETENTION FACILITY /NOMINAL FEE

SAN FERNANDO VALLEY NEIGHBORHOOD
LEGAL SERVICES, INC.
13327 VAN NUYS BLVD
PACOIMA, CA 91331
TELEPHONE: (818) 896-5211

CATHOLIC CHARITIES OF ORANGE COUNTY
1506 BROOKHOLLOW DR. STE. 112
SANTA ANA, CA 92705
TELEPHONE: (714) 662-7500
WILL NOT MAKE APPEARANCES AT SAN PEDRO
DETENTION FACILTIY

ONE STOP IMMIGRATION CENTER, INC
3600 WHITTIER BLVD
LOS ANGELES, CA 90023
TELEPHONE: (213) 268-8472
WILL REPRESENT ALIENS IN ASYLUM

AL-000040

SAN FRANCISCO BAR ASSOCIATION
LAWYER REFERRAL SERVICE
685 MARKET STREET STE. 700
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 746-1616
CONSULTATION FEE: $25.00

INTERNATIONAL INSTITUTE OF SAN FRANCISCO
2209 VAN NESS AVENUE
SAN FRANCISCO, CA 94109
TELEPHONE: (415) 673-1720

LA RAZA CENTRO LEGAL, INC.
474 VALENCIA STREET STE. #295
SAN FRANCISCO, CA 94103
TELEPHONE: (415) 575-3500

CATHOLIC SOCIAL SERVICE IMMIGRATION
9890 NEWMAN COURT
SACRAMENTO, CA 95819
TELEPHONE: (916) 452-7481

CATHOLIC CHARITIES IMMIGRATION
2629 ZANKER ROAD STE #201
SAN JOSE, CA 95134
TELEPHONE: (408) 944-0691
$20.00 FEE

CATHOLIC CHARITIES IMMIGRATION
1705 SECOND AVENUE
SALINAS, CA 93905
TELEPHONE: (408) 422-9602

COUNSEL FOR THE SPANISH SPEAKING
343 EAST MAIN, SECOND FLOOR
STOCKTON, CA 95202
TELEPHONE: (209) 547-2855

SAN MATEO COUNTY LAWYER
REFERRAL SERVICE
303 BRADFORD ST. STE #8
REDWOOD CITY, CA 94063
TELEPHONE: (415) 369-4149
CONSULTATION: $25.00

SANTA CLARA BAR ASSOCIATION
LAWYER REFERRAL SERVICE
MODEST MEANS PANEL
4 NORTH SECOND STREET STE 400
SAN JOSE, CA 95113
TELEPHONE: (408) 971-6822

CENTRAL AMERICAN REFUGEE CENTER (CARECEN)
1245 ALABAMA STREET
SAN FRACISCO, CA 94110
TELEPHONE: (415) 824-2330

MISSION COMMUNITY LEGAL DEFENSE, INC.
2940 - 16TH STREET STE. #207
SAN FRACISCO, CA 94103
TLEPHONE: (415) 552-0770

MINORITY ASSISTANCE SERVICE
3004 - 16TH STREET STE. #102
SAN FRANCISCO, CA 94103
TELEPHONE: (415) 552-8831

SACRAMENTO COUNTY BAR ASSOC.
LAWYER REFERRAL SERVICE
901 "H" STREET SUITE 101
SACRAMENTO, CA 95814
TELEPHONE: (916) 444-2333
CONSULTATION FEE: $25.00

CENTER FOR EMPLOYMENT TRAINING
CENTRO DE INMIGRACION
SAN JOSE, CA 95110
TELEPHONE: (408) 287-7924

CATHOLIC CHARITIES IMMIGRATION
406 MAIN STREET ROOM 219
WATSONVILLE, CA 95076
TELEPHONE: (408) 722-2675

CATHOLIC CHARITIES IMMIGRATION PROJECT
1232 THIRTY THIRD AVENUE
OAKLAND, CA 94601
TELEPHONE: (510) 261-1538

INTERNATIONAL RESCUE COMMITTE OF SAN MATEO
2600 MIDDLE FIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE: (415) 780-7260

COALITION FOR IMMIGRATION
& REFUGEE RIGHTS & SERVICES
TELEPHNE NUMBER ONLY
(415) 543-6767

AL-000041

# ARIZONA AND LAS VEGAS

FRIENDLY HOUSE
802 S. 1ST AVENUE
PO BOX 3695
PHOENIX, AZ 85030
TELEPHONE: (602) 257-1870
WILL REPRESENT ALIENS IN ASYLUM
NOMINAL FEE

CATHOLIC SOCIAL SERVICES OF PHOENIX
1825 W. NORTHERN STREET
PHOENIX, AZ 85021
TELEPHONE: (602) 997-6105
WILL REPRESENT ALIENS IN ASYLUM
NOMINAL FEE

SOUTHERN ARIZONA LEGAL AID
1071 N. GRAND STE. 110
NOGALES, AZ 85621
TELEPHONE: (520) 287-9441

CHICANOS POR LA CAUSA
PO BOX 517  312 W. MAIN ST
SOMERTON, AZ 85350
TELEPHONE: (520) 627=2042
NOMINAL FEE

FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT
300 S. MAIN STREET  PO BOX 654
FLORENCE, AZ 85232
TELEPHONE:(520) 868-0191
WILL REPRESENT AIENS IN ASYLUM

SOUTHERN ARIZONA LEGAL AID
64 E. BROADWAY BLVD
TUCSON, AZ 85701
TELEPHONE: (520) 623-9461
            (800) 234-7252

TECLA
PO BOX 3007
631 S. 6TH AVENUE
TUCSON, AZ 85702
TELEPHONE:(520) 623-5739

SOUTHERN ARIZONA LEGAL AID
P O BOX GG 1065 "F" AVENUE
DOUGLAS, AZ 85608
TLEPHONE: (520) 364-7973
            (800) 231-7106

CATHOLIC SOCIAL SERVICES
IMMIGRATION DEPARTMENT
ST. VINCENT PLAZA
1501 LAS VEGAS BLVD N.
LAS VEGAS, NV 89101
TELEPHONE: (702) 383-8387
FAX 385-7748
NOMINAL FEE / WILL REPRESENT ALIENS IN ASYLUM

3

AL-000042

## FRESNO AND BAKERSFIELD AREA:

FRESNO COUNTY BAR ASSOCATION
ATTORNEY REFERRAL SERVICE
2014 TULARE STREET STE#420
FRESNO, CA 93721
TELEPHONE: (209) 264-0137
CONSULTATION FEE: $15.00

EL CONCILIO IMMIGRATION PROJECT
1532 FRESNO STREET
FRESNO, CA 93706
TELEPHONE: (209) 485-0679

CALIFORNIA RURAL LEGAL ASSISTANT
1111 FULTON MALL
FRESNO, CA 93721
TELEPHONE: (209) 237-3944
          1-800-553-4503

O.L.A. RAZA, INC
1630 -19TH STREET P O BOX 2303
BAKERSFIELD, CA 93303
TELEPHONE: (805) 324-1667

## SAN DIEGO AREA:

LAWYERS REFERRAL SERVICE
SAN DIEGO CUNTY BAR ASSOCIATION
1333 -7TH AVENUE
SAN DIEGO, CA 92101
TELEPHONE: (619) 231-8585
NOMINAL FEE
WILL REPRESENT ALIENS IN ASYLUM CASES

CATHOLIC CHARITIES
REFUGEE & IMMIGRANT SERVICES
241 THIRD AVENUE STE A
CHULA VISTA, CA 91910
TELEPHONE: (619) 498-0722
NOMINAL FEE
WILL REPRESENT ALIENS IN ASYLUM CASES

LEGAL AID SOCIETY OF SAN DIEGO, INC
110 SOUTH EUCLID AVENUE
SAN DEIGO, CA 92114
TELEPHONE: (619) 262-5557

CATHOLIC CHARITIES
REFUGEE & IMMIGRANT SERVICES
241 WEST VISTA WAY, STUITE D
TELEPHONE: (619) 631-5890
WILL REPRESENT ALIENS IN ASYLUM CASES

SAN DIEGO VOLUNTEER LAWYERS PROGRAM
225 BROADWAY, SUITE 800
SAN DIEGO, CA 92101
TELEPHONE: (619) 235-5656
ASYLUM & BATTERED SPOUSE CASES ONLY

SOFIA IMMIGRATION SERVICES
401 WEST "A" STREE SUITE 1400
SAN DIEGO, CA 92101
TELEPHONE: (619) 235-0790
WILL REPRESENT ALIENS IN ASYLUM CASES

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

NOTIFICACION POR ESCRITO SOBRE LOS DERECHOS DE APRELACION

SUS DERECHOS DE APELACION
SIRVASE LEER ESTE AVISO CUIDADOSAMENTE

1. Se celebrara una audiencia sobre su caso ante un Juez de Inmigracion que rendira una decision al concluir dicha audiencia. Si no esta conforme con la decision, usted tendra el derecho de apelar ante la Junta de Apelaciones de Inmigracion, a menos que renuncie a su derecho de apelar.

2. La notificacion de que usted desea apelar su caso debera someterse al Juez de Inmigracion dentro de 10 dias a partir de la fecha en que el Juez rinda una decision sobre dicho caso. Si el Juez le envia la decision por correo, usted debera comunicar su deseo de apelar dentro de 13 dias a partir de la fecha en que el Juez envio la decision.

3. Para apelar su caso, usted debera llenar y someter, en triplicado, el formulario I-290A. Un Juez de Inmigracion o un funcionario de Inmigracion le podra suministar dicho formulario.

4. Al presentar el formulario I-290A se debera pagar una cuota de US $_____, a menos que usted no este en condiciones de pagar dicha suma. En este caso, usted podra hacer una solicitud de extencion de cuota de acuerdo con 8 C. F. R.; Secciones 3.3b y 103.7c. Para obtener una extencion de cuota, usted debera presentar una declaracion jurada en la cual solicita que se le permita elevar un recurso de apelacion sin el pago de la cuota, y exponer las razones por las cuales considera que tiene derecho a esta extencion, asi como las razones que le impiden pagar la cuota. Esta declaracion jurada debera presentarse con el formulario I-290A.

5. Usted podra consultar a un abogado que le ayude a elevar el recurso de apelacion, o podra tratar de obtener asistencia legal mediante uno de los programas que aparecen en la lista que se le ha proporcionado.

6. A menos que usted haya renunciado a su derecho de apelar la decision del Juez ante la Junta de Apelaciones de Inmigracion, no se le exigira salir de los Estados Unidos durante el periodo que se le ha adjudicado para elevar un recurso de apelacion; tampoco se requerira que salga de los Estados Unidos mientras la apelacion este pendiente ante la Junta, o mientras su caso esta ante la Junta para su certificacion.

7. Si usted ha decidido renunciar a su derecho a apelar la decision del Juez de Inmigracion, usted debera ejecutar la siguiente acta de renuncia:

El Juez de Inmigracion ha rendido una decision en mi caso de deportacion el _____
Me ha explicado el significado de tal decision y me ha advertido acerca de mi derecho de apelar ante la Junta de Apelaciones de Inmigracion.

Por lo presente, acepto la decision del Juez y renuncio a mi derecho de apelar.


_____                    _____
         FIRMA                                      SIGNATURE


AL-000044

United States Department of Justice
Executive Office for Immigration Review

Your Appeal Rights
Read This Notice Carefully

1. You will have a hearing by an Immigration Judge who will enter a decision after the hearing is completed. If you are not satisfied with that decision, you have a right to appeal to the Board of Immigration Appeals, unless you waive your right to appeal.

2. If you wish to appeal your case, you must complete and file a Notice of Appeal (Form EOIR-26) with the Board of Immigration Appeals. You must send the Form EOIR-26 so that it is received by the Board of Immigration Appeals within thirty (30) calendar days after the Immigration Judge's oral decision or within thirty (30) calendar days after the date the Immigration Judge's written decision was mailed if no oral decision was rendered. Simply mailing the Form EOIR-26 within the time limit may not insure that the Form EOIR-26 is timely received by the Board.

3. You can get a Form EOIR-26 from any Immigration Court.

4. You must pay a $110.00 fee when filing the Form EOIR-26 (except there is no fee for an appeal of an Immigration Judge's bond decision). If you cannot afford this fee, then you may apply for a fee waiver. In order ask for a fee waiver you must file, along with your appeal, an Appeal Fee Waiver Request (Form EOIR-26A). This form requests your monthly income and expenses and contains a sworn statement you must sign that asserts that the information in the form is true and correct to the best of your knowledge. The Board of Immigration Appeals will consider this information when deciding whether to grant your fee waiver request.

5. You may, at no expense to the government, consult with an attorney in order to assist with your appeal.

6. Unless you have waived your right to appeal from the Immigration Judge's decision to the Board of Immigration Appeals, you will not be required to depart from the United States during the time allowed for the filing of an appeal; further, you will not be required to depart from the United States while an appeal is pending before the Board or while your case is pending before the Board by way of certification.

Form EOIR-41
9/26/96

AL-000045