U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1115 N IMPERIAL AVE. 1ST FLOOR
EL CENTRO, CA 92243

In the Matter of:
*S-LOPEZ-MENERA, ABEL

Case No.: A75-540-638

Docket: CALIPATRIA STATE PRISON

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to ___Mexico___ on the charge(s) contained in the Notice to Appear.

It is FURTHER ORDERED that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, respondent shall be removed to _____.

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:

(1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
(2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
(3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

_____
Immigration Judge

Date: ~~Oct~~ Sept 24, 1998

7X

Appeal: RESERVED/(WAIVED) (A/(I)/B)

RAE

AL-000016

U.S. Department of Justice
Immigration and Naturalization Service                                  Warrant of Removal/Deportation

File No: A75 540 638

Date: SEP 24 1998

**To any officer of the United States Immigration and Naturalization Service:**

LOPEZ-Menera, Abel

(Full name of alien)

who entered the United States at San Ysidro, California       on    10/1/89
                                (Place of entry)        (Date of entry)

is subject to removal/deportation from the United States, base upon a final order by:

- [x] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a district director or a district director's designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate court Judge

and pursuant to the following provisions of the Immigration and Nationality Act;

212(a)(6)(A)(i) of the Immigration and Nationality Act(Act), as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: Appropriations, "Salaries & Expenses" Immigration and Naturalization Service, 1997 including the expense of an attendant, if necessary

(Signature of INS official)

District Director
(Title of INS official)

San Diego, California
(City and State)

Form I-205 (Rev 4-1-97)N

AL-000017

To be completed by Service officer executing the warrant:
Name of alien being removed   LOPEZ-Menera, Abel

Port, date, and manner of removal: Calexico POE,  10/16/98 , VIA A Foot.
(Date)



Photograph of alien
removed



Right index fingerprint
of alien removed

Abel Lopez Menera
(Signature of alien being fingerprint)

_____ Deo 963
(Signature and title of INS official taking print)

Departure witnessed by: _____ Jack R McCarnock DO_____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here ☐

Departure Verified by: _____ Deo 963
(Signature and title of INS official)

AL-000018

U.S. Department of Justice  
Immigration and Naturalization Service                                     Warning to Alien Ordered Removed or Deported

File No: A75 540 638  
Date: SEP 2 4 1998

**Alien's Full Name**  LOPEZ-Menera, Abel

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States.

☒ For a period of 5 years from the date of your departure from the United States because you have been found inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of the United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

   ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

   ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deported under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted or a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contracting any United States Consulate or office of the United States Immigration and Naturalization Service. Refer to above file number when requesting forms or information.

> WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt or enter, or be found in the United States during the period in which he or she is barred from doing so without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

Abel Lopez Menera  
(Alien's Signature)

(Signature of officer serving warning)   (Title of Officer)  DEO 963   (Location of INS Office)  Calipatria, CA

AL-000019

Form I-294 (4--1/97)N