1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant LOPEZ-MENERA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR-07-653 SI
                                       )
12                     Plaintiff,      )
                                       )      **[PROPOSED] ORDER**
13  vs.                                )
                                       )
14  ABEL LOPEZ-MENERA,                 )
                                       )
15                     Defendant.      )
    _____)
16

17

18        IT IS HEREBY ORDERED that defendant Abel Lopez-Menera be released from federal

19  custody and be returned to the custody of Immigration and Customs Enforcement forthwith.

20

21

22                              _____
                                THE HONORABLE SUSAN ILLSTON
23                              UNITED STATES DISTRICT COURT JUDGE

24

25

26