**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 12/20/07

Case No.   CR-07-0653 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- ABEL LOPEZ-MENERA (C)(P)(SP.INT: BASKER)

Attorneys:   T. Helou            E. Falk

Deputy Clerk:  Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)  Defendant's Motion to Dismiss - HELD

2)  
3)  
Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED                                                        PART

Case continued to _ for further status

Case continued to  @  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay
ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )